IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ENGIN ARSLAN<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAFÉ AGORA, INC., and<br>ALI OZELCI<br><br>　　　　Defendants. | Civil Action No. 1:15-cv-02658-ELR |

**JOINT MOTION TO APPROVE THE SETTLEMENT
AGREEMENT AND DISMISS CASE WITH PREJUDICE**

Plaintiff, Engin Arslan (the "Plaintiff"), and Defendants Café Agora, Inc. and Ali Ozelci (the "Defendants") (collectively as the "Parties"), hereby file this Joint Motion to Approve the Settlement Agreement and Dismiss this Case with Prejudice, and state the following in support thereof:

1.　Plaintiff filed a complaint claiming that Defendants violated the Fair Labor Standards Act (FLSA), as amended, 29 U.S.C. § 201-216.

2.　Defendants deny the allegations of unlawful conduct and liability asserted by Plaintiff.

3.　To avoid the costs and uncertainty of litigation, however, the Parties have negotiated a settlement of this matter, under which, among other things, the

Plaintiff releases all claims he may have had under the FLSA. The Settlement Agreement and General Release ("Agreement") is attached as Exhibit "A."

4. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982), a release provided in connection with a compromise of an FLSA claim is not binding unless approved by the Court or the Secretary of Labor. Accordingly, the Parties respectfully request that the Court review and approve the Agreement.

5. The Parties stipulate that the Agreement includes every term and condition of the Parties' settlement.

6. The Parties also stipulate that the Agreement represents a "fair and reasonable" resolution of Plaintiff's FLSA claims. The Parties also stipulate that the Agreement advances judicial economy.

7. The Parties represent that Plaintiff's attorneys' fees were agreed upon separately and without regard to the other terms of settlement.

8. The Parties further stipulate to the dismissal with prejudice of this action upon approval by the Court of the Agreement, with each party responsible for payment of their own attorneys' fees and costs, except as provided otherwise in the Agreement.

9.	The Parties further stipulate to the Court retaining jurisdiction of this case for ninety (90) days from the entry of this Order only for purposes of enforcing the payment terms of the Agreement.

WHEREFORE, the Parties respectfully request that this Court approve the Agreement and dismiss with prejudice Plaintiff's complaint.[1]

Dated this ___ day of June 2016.

| | |
|---|---|
| */s/ Marcus G. Keegan* | */s/ Christopher P. Butler.* |
| Marcus G. Keegan, Esq. | Christopher P. Butler |
| Georgia Bar No. 410424 | Georgia Bar No. 099522 |
| mkeegan@keeganfirm.com | cbutler@fordharrison.com |
| KEEGAN LAW FIRM, LLC | Loren J. Beer |
| 2987 Clairmont Road NE, Suite 225 | Georgia Bar No. 889883 |
| Atlanta, Georgia  30329 | lbeer@fordharrison.com |
| | |
| Attorneys for Plaintiff | FORD HARRISON LLP |
| | 271 17th Street NW, Suite 1900 |
| | Atlanta, Georgia  30363 |
| | Telephone:  (404) 888-3800 |
| | Facsimile:   (404) 888-3863 |
| | |
| | Attorney for Defendants |

WSACTIVELLP:8442069.1

---

[1] Enclosed as Exhibit "B" is an Order on Joint Motion to Approve Settlement Agreements and Dismiss Case with Prejudice.