IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ENGIN ARSLAN<br><br>　　　　Plaintiff,<br>v.<br><br>CAFÉ AGORA, INC., and<br>ALI OZELCI<br><br>　　　　Defendants. | Civil Action No. 1:15-cv-02658-ELR |

**ORDER ON JOINT MOTION TO APPROVE SETTLEMENT
AGREEMENT AND DISMISS CASE WITH PREJUDICE**

THIS CAUSE is before the Court upon the Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice (the "Motion"). The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

Plaintiff's claims arose pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, and the Parties have submitted a Settlement Agreement and General Release (the "Agreement") for this Court's approval. Following review of the Agreement, the Court determines that the terms for the settlement of this litigation, including the amounts contemplated to be paid to Plaintiff and his attorney, are fair and reasonable and not tainted by collusion.

Accordingly, this Court **APPROVES** the settlement of this litigation.

Neither this Order, the Agreement, nor any other documents or information relating to the settlement of this action shall constitute, be construed to be, or be admissible in any proceeding as evidence:

(a) that any group of similarly situated or other employees exists to maintain a collective action under the Fair Labor Standards Act;

(b) of an adjudication of the merits of this case or that any party has prevailed in this case; or

(c) that the Defendants or others have engaged in any wrongdoing.

The Parties shall bear their respective attorneys' fees and costs, except as otherwise delineated by the Agreement. The Court reserves jurisdiction for thirty (90) days from the entry of this Order only for purposes of enforcing the payment terms of the Agreement.

Pursuant to the Federal Rules of Civil Procedure and any applicable local rules of this Court, this Court **DISMISSES WITH PREJUDICE** any and all claims that were or could have been raised in the above-styled lawsuit by Plaintiff.

**DONE AND ORDERED** in Chambers, this *1st* day of *August*, 2016.

*Eleanor L. Ross*
HONORABLE ELEANOR L. ROSS
UNITED STATES DISTRICT COURT JUDGE

*Copies to: Christopher P. Butler, Loren J. Beer, and Marcus Keegan, Esq.*